**Order entered March 11, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00729-CR

### EX PARTE ALIX HENRY SANDERS

**On Appeal from the County Criminal Court No. 3
Dallas County, Texas
Trial Court Cause No. MC20A1137**

## ORDER

On August 12, 2020, the Court ordered the trial court to prepare a certification of appellant's right to appeal and to have it filed with the Court in a supplemental clerk's record. In our September 28, 2020 order, we reminded the trial court that the certification had not been filed. To date, we have not received the certification of appellant's right to appeal, mandated by rule 25.2 of the appellate procedure rules. *See Cortez v. State*, 420 S.W.3d 803, 807 (Tex. Crim. App. 2013).

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and have it filed with the Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Audrey Moorehead, Presiding Judge, County Criminal Court No. 3; John F. Warren, Dallas County Clerk; and to counsel for the parties.

/s/     ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE